UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

YELLOW BRICK ROAD, LLC,                    Civil No. 13-2266 (JRT/LIB)

       Plaintiff,

v.                                         **ORDER ADOPTING REPORT
                                           AND RECOMMENDATION**

JOHN CHILDS et al,

       Defendants.
_____

    Christian A Brandt, Kelly Hadac, **MURNANE BRANDT, PA,** 30 East Seventh Street, Suite 3200, St Paul, MN 55101, plaintiff,

    Alexandra J Olson, Todd Werner, **CARLSON CASPERS VANDENBURGH LINDQUIST & SCHUMAN PA,** 225 South Sixth Street, Suite 4200, Minneapolis, MN 55402 for defendant John Childs,

    Richard Hall, 1101 Chesterfield Road, Huntsville, AL 35803, *pro se* defendant.

    Greg Botolino, 645 West Johns Creek Parkway, St. Augustine, FL 32095, *pro se* defendant.

    Kevin M Decker, Clair Joseph, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendants Larry Busch and Busch Law Center, LLC.

    Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

    1. That Defendant Greg Botolino's Motion to Dismiss, [Docket No. 12], is **GRANTED**.

2. That Defendants Larry Busch and Busch Law Center, LLC's Motion to Dismiss, [Docket No. 25], is **GRANTED**.

3. That Defendant Richard Hall's Motion to Dismiss, [Docket No. 40]; is **GRANTED**.

4. That Defendant John Childs's Motion to Dismiss, [Docket No. 85], is **GRANTED**.

5. That Plaintiff's Complaint as alleged against these Defendants is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 6, 2014                      s/John R. Tunheim
                                                       JOHN R. TUNHEIM
                                                       United States District Judge